PARSONS BEHLE & LATIMER
Julianne P. Blanch, Utah Bar No. 6495
*(Pro Hac Vice Application to be submitted)*
Zachary S. Shea, Nevada Bar No. 15094
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
JBlanch@parsonsbehle.com
ZShea@parsonsbehle.com

Attorneys for Defendant
IN-N-OUT BURGERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA MENDOZA, Special Administrator of the Estate of Antonio Mendoza Garcia; and VANESSA MENDOZA, CARMEN MENDOZA, ELENA MENDOZA, and ALBERTINA ALVAREZ, Parent and Custodian of Minors A.M. and A.M., individually, as Heirs of the Estate of Antonio Mendoza Garcia,, <br><br> Plaintiff, <br><br> vs. <br><br> IN-N-OUT BURGERS, INC., a foreign corporation, <br><br> Defendant. | Case No. 2:20-CV-01406-JAD-NJK |

**STIPULATION AND ORDER FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**
(First Request)

IT IS HEREBY STIPULATED by and between Plaintiffs Vanessa Mendoza, in her capacity as Special Administrator of the Estate of Antonio Mendoza Garcia, Vanessa Mendoza, in her personal capacity, Carmen Mendoza, Elena Mendoza, and Albertina Alvarez, Parent and Custodian of Minors A.M. and A.M., individually, as Heirs of the Estate of Antonio Mendoza Garcia ("Plaintiffs"), by and through their counsel of record Adam R. Fulton, Michael I. Welker, and Nathan E. Lawrence; and Defendant In-N-Out Burgers, Inc., by and through their counsel Julianne P. Blanch and Zachary S. Shea of Parsons Behle & Latimer, in the parties' first

stipulation for extension of time, that in consideration of the retention of counsel for Defendant mere days before the deadline for a responsive pleading to Plaintiff's Complaint, Defendant's time to respond to the Complaint should be extended, and that Defendant shall file a response to the Complaint no later than Tuesday, October 13, 2020, absent any further stipulation of the parties or Order from the Court.

Dated:  September 24, 2020.                                   Dated:  September 24, 2020

GALLIAN WELKER & BECKSTROM, L.C.        PARSONS BEHLE & LATIMER

By:   */s/ Michael I. Welker*                              By:   */s/ Zachary S. Shea*
    Michael I. Welker, NV Bar No. 7950            Julianne P. Blanch, Utah Bar No. 6495
    Nathan E. Lawrence, NV Bar No. 15060         *(Pro Hac Vice Application to be submitted)*
    Attorneys for Plaintiffs                                  Zachary S. Shea, Nevada Bar No. 15094
                                                                  Attorneys for Defendant

**IT IS HEREBY ORDERED.**

DATED:  September 25, 2020

_____
United States Magistrate Judge

17143.017\4849-3747-5532v1