GALLIAN WELKER & BECKSTROM, L.C.
Michael I. Welker (7950)
Nathan E. Lawrence (15060)
540 E. St. Louis Avenue
Las Vegas, NV 89104
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
welker@vegascase.com
nlawrence@vegascase.com
*Attorneys for Plaintiffs*

JENNINGS & FULTON
Adam R. Fulton (11572)
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
afulton@jfnvlaw.com
*Co-Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA MENDOZA, Special Administrator of the Estate of Antonio Mendoza Garcia; and VANESSA MENDOZA, CARMEN MENDOZA, ELENA MENDOZA, and ALBERTINA ALVAREZ, Parent and Custodian of minors A.M. and A.M., individually, as heirs of the Estate of Antonio Mendoza Garcia,<br><br>Plaintiffs,<br><br>vs.<br><br>IN-N-OUT BURGERS, INC., a foreign corporation,<br><br>Defendant. | Case No. 2:20-cv-01406-JAD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSE TO MOTION TO TRANSFER VENUE**<br><br>**(First Request)**<br><br>Judge: Jennifer A. Dorsey |

Plaintiffs, Vanessa Mendoza, as Special Administrator of the Estate of Antonio Mendoza Garcia, and Vanessa Mendoza, Carmen Mendoza, Elena Mendoza, and Albertina Alvarez, Parent and Custodian of minors A.M. and A.M., individually, as heirs of the Estate of Antonio Mendoza

1

1  Garcia, by and through the law offices of GALLIAN WELKER & BECKSTROM, L.C. and JENNINGS
2  & FULTON, and Defendant In-N-Out Burger, Inc., by and through the law offices of PARSONS
3  BEHLE & LATIMER, hereby stipulate and agree to extend the time for Plaintiffs to file their
4  response to Defendant's Motion to Transfer Venue, as filed on October 13, 2020.

5        This is the first stipulation for extension of time with respect to the referenced motion, and
6  this stipulation is presented to the Court on or before the deadline to file the response (October 27,
7  2020). Good cause supports this request for extension as counsel for the parties are working
8  cooperatively, and this extension of time is not for the purpose of or resultant in undue delay. The
9  parties hereby stipulate to extend the time to file the response until October 30, 2020.

**IT IS SO STIPULATED.**

DATED this 26th day of October 2020.

GALLIAN WELKER & BECKSTROM, L.C.

Michael I. Welker (7950)
Nathan E. Lawrence (15060)
540 E. St. Louis Avenue
Las Vegas, NV 89104
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
welker@vegascase.com
nlawrence@vegascase.com
*Attorneys for Plaintiffs*

DATED this 26th day of October 2020.

PARSONS BEHLE & LATIMER

/s/ Julianne P. Blanch
Julianne P. Blanch (Utah Bar No. 6495)
Zachary S. Shea (15094)
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250
JBlanch@parsonsbehle.com
ZShea@parsonsbehle.com
*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED: October 27, 2020

_____
UNITED STATES MAGISTRATE JUDGE