1   PARSONS BEHLE & LATIMER
    Julianne P. Blanch, Utah Bar No. 6495
2   *(Admitted Pro Hac Vice)*
    Zachary S. Shea, Nevada Bar No. 15094
3   50 West Liberty Street, Suite 750
4   Reno, Nevada 89501
    Telephone:  775.323.1601
5   Facsimile:  775.348.7250
    JBlanch@parsonsbehle.com
6   ZShea@parsonsbehle.com

7
    Attorneys for Defendant
8   IN-N-OUT BURGERS, INC.

9                      UNITED STATES DISTRICT COURT

10                          DISTRICT OF NEVADA

11  VANESSA MENDOZA, Special Administrator of     Case No.  2:20-CV-01406-JAD-NJK
    the Estate of Antonio Mendoza Garcia; and
12  VANESSA MENDOZA, CARMEN MENDOZA,
    ELENA MENDOZA, and ALBERTINA
13  ALVAREZ, Parent and Custodian of Minors A.M.
    and A.M., individually, as Heirs of the Estate of
14  Antonio Mendoza Garcia,,                       **STIPULATION AND ORDER FOR
                                                   EXTENSION OF TIME FOR
15               Plaintiff,                        DEFENDANT TO REPLY TO
                                                   PLAINTIFF'S RESPONSE TO
16        vs.                                      MOTION TO TRANSFER VENUE**

17  IN-N-OUT BURGERS, INC., a foreign corporation, **(First Request as to Defendants)**

18               Defendant.

19         Plaintiffs, Vanessa Mendoza, as Special Administrator of the Estate of Antonio Mendoza

20  Garcia, and Vanessa Mendoza, Carmen Mendoza, Elena Mendoza, and Albertina Alvarez, Parent

21  and Custodian of minors A.M. and A.M., individually, as heirs of the Estate of Antonio Mendoza

22  Garcia, by and through the law offices of GALLIAN WELKER & BECKSTROM, L.C. and JENNINGS

23  & FULTON; and Defendant In-N-Out Burgers, Inc., by and through the law offices of PARSONS

24  BEHLE & LATIMER, hereby stipulate and agree to extend the time for Defendant to Reply to

25  Plaintiffs' response to Defendant's pending Motion to Transfer Venue.

26         This is the first stipulation for extension of time as to Defendant's Reply with respect to

27  the referenced motion, and this stipulation is presented to the Court on or before the deadline to

28  file the Reply (November 6, 2020).  Good cause supports this request for extension as counsel for

PARSONS
BEHLE &
LATIMER
                                                   1
    17143.017\4838-6596-1932v1

the parties are working cooperatively, and this extension of time is not for the purpose of or resultant in undue delay.  The parties hereby stipulate to extend the time to file the ~~response~~ reply until Friday, November 13, 2020.

**IT IS SO STIPULATED.**

DATED this 3rd day of November, 2020.

GALLIAN WELKER & BECKSTROM, L.C.

 /s/ Michael I. Welker
Michael I. Welker (7950)
Nathan E. Lawrence (15060)
540 E. St. Louis Avenue
Las Vegas, NV 89104
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
welker@vegascase.com
nlawrence@vegascase.com
*Attorneys for Plaintiffs*

DATED this 3rd day of November, 2020.

PARSONS BEHLE & LATIMER

 /s/ Zachary S. Shea
Julianne P. Blanch (UT Bar No. 6495)
*Admitted Pro Hac Vice*
Zachary S. Shea (NV Bar No. 15094)
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250
JBlanch@parsonsbehle.com
ZShea@parsonsbehle.com
*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED:  November 4, 2020

_____
UNITED STATES MAGISTRATE JUDGE